## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**KURT BAGGS, #425029**                    **CIVIL ACTION NO.  09-6808**

**VERSUS**                                 **SECTION "S"**

**TERRY TERRELL, WARDEN,**                 **MAGISTRATE (4)**
**ALLEN CORRECTIONAL CENTER**

## ANSWER

**NOW INTO COURT**, through undersigned counsel, comes Walter P. Reed, District

Attorney for St. Tammany Parish, State of Louisiana, who denies each and every allegation

of the Application for Writ of Habeas Corpus filed herein, except as hereinafter specifically

admitted and further respectfully represents:

1.

The two state court proceedings at issue herein are docket nos. 403896 and 425694

in the 22nd Judicial District Court, Parish of St. Tammany.  Petitioner, Kurt Baggs, entered

pleas of guilty in each of these cases on October 13, 2008 to fourth offense DWI offenses in

violation of La. R.S. 14:98.  Pursuant to the plea agreement, he was sentenced on that same date in each case to ten years imprisonment, with the sentences to run consecutively.

2.

Defendant further sets forth below the applicable dates herein:

| Date | Description |
|------|-------------|
| 10/13/08 | Petitioner entered pleas of guilty in each of the cases at issue to fourth offense DWI offenses in violation of La. R.S. 14:98. Pursuant to the plea agreement, he was sentenced on that same date in each case to ten years imprisonment, with the sentences to run consecutively. |
| 10/13/09 | Petitioner filed an application for post conviction relief with the district court[1]. |
| 11/20/09 | The district court denied the application for post conviction relief. |

3.

The remainder of the allegations of the Application for Writ of Habeas Corpus filed herein by applicant, Kurt Baggs, are denied.

4.

The State of Louisiana alleges that petitioner has failed to exhaust state court remedies, and this petition should be dismissed without prejudice.

---

[1]In reviewing the state court records from the Clerk of Court, the application is only contained in the record of docket no. 403896, but the caption contains both docket nos.

5.

The State of Louisiana further adopts and incorporates the legal authority set forth in the Memorandum in Opposition to Application for Habeas Corpus Relief.

WHEREFORE, the State of Louisiana prays that this Answer be deemed good and sufficient and after all due proceedings are had that there be judgment herein dismissing applicant's claims and for all other general and equitable relief as this Court deems proper.

Respectfully submitted:

By:    s/Kathryn Landry
KATHRYN LANDRY, Bar No. 19229
P. O. Box 82659
Baton Rouge, LA 70884
Telephone: (225) 766-0023
Facsimile: (225) 766-7341

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing ANSWER has been mailed to the opposing party herein:

Karla M. Baker
P. O. Box 231357
New Orleans, LA 70183

Baton Rouge, Louisiana this 19th day of February, 2010.

s/Kathryn Landry
KATHRYN LANDRY

Page 3